UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22187

WINDY LUCIUS,

    Plaintiff,

v.

OFF BROADWAY SHOES, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant OFF BROADWAY SHOES, INC. ("Defendant") to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a settlement documents with the Court within sixty (60) days.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
cc@cunninghampllc.com

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                      */s/ J. Courtney Cunningham*
                                      J. Courtney Cunningham, Esq.